### CULP v JACOBS, et

Ohio Supreme Court
No 22073.   Decided Dec. 24, 1930

Marshall, CJ, Kinkade, Robinson, Jones, Day and Allen, JJ, concur.

### STATE ex KILGORE v INDUSTRIAL COMMISSION

### STATE ex GRESS v INDUSTRIAL COMMISSION

### STATE ex CROY v INDUSTRIAL COMMISSION

Ohio Supreme Court
Nos. 22381, 22412, 22536. Decided Dec. 24, 1930

Matthias, Day and Allen, JJ, concur. Kinkade, J, not participating.   Marshall, CJ, dissents.

### DeGARO CO v C C C & St L Ry Co

Ohio Supreme Court
No 22337.   Decided Dec. 24, 1930

Marshall, CJ, Kinkade, Robinson, Jones, Matthias and Day, JJ, concur.